| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOYCE LEAVITT |
| | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | |
| | Counsel for Defendant CRISOSTOMO |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR 06-00386 MJJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | DATE AND EXCLUSION OF TIME |
| | ) | |
| VICTOR CRISOSTOMO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, currently scheduled for Thursday, July 27, 2006, at 2:00 p.m. in San Francisco, California, before Honorable Judge Martin Jenkins, may be continued to Friday, August 25, 2006, at 2:30 p.m., in Oakland, California, for change of plea. Defense counsel is unavailable from July 27, 2006, through August 14, 2006, and also needs time to conduct additional investigation regarding Mr. Crisostomo's criminal history. The parties therefore stipulate that the time from July 27, 2006, to August 25, 2006, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate

STIP. CONTINUING
STATUS DATE                                      - 1 -

preparation of counsel.

DATED:   July 26, 2006        _____
                              JOYCE LEAVITT  /S/
                              Assistant Federal Public Defender


DATED:   July 27, 2006        _____
                              VINEET GAURI  /S/
                              Assistant United States Attorney

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Thursday, July 27, 2006, at 2:00 p.m., in San Francisco, California, before Honorable Judge Martin Jenkins, shall be continued to Friday, August 25, 2006, at 2:00 p.m., in Oakland, California, for change of plea.

IT IS FURTHER ORDERED that the time from July 27, 2006, to August 25, 2006, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the

STIP. CONTINUING
STATUS DATE                        - 2 -

requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 7/28/2006

_____
HONORABLE MARTIN J. JENKINS
United States District Judge

STIP. CONTINUING
STATUS DATE - 3 -