# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 01 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Docket Number: CR 06-00386-1 MJJ |
| Victor M. Crisostomo-Marcos | ) |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _November 17, 2006_ be continued until _January 19, 2007_ at _2:30 p.m._.

Date: 11/1/2006

Martin J. Jenkins
United States District Judge

NDC-PSR-009 12/06/04