1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant CRISOSTOMO
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )
                                          )   No. CR 06-00386 MJJ
12                    Plaintiff,          )
                                          )   STIPULATION AND [PROPOSED]
13            v.                          )   ORDER CONTINUING
                                          )   SENTENCING DATE
14                                        )
                                          )
15  VICTOR CRISOSTOMO,                    )
                                          )
16                    Defendant.          )

17        IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing

18  date  in this case, previously scheduled for Friday, January 19, 2007, at 2:30 p.m. in Oakland,

19  California, before Honorable Judge Martin Jenkins, may be continued to Friday, February 16,

20  2007, at 2:30 p.m. for sentencing.  The status of the case is that Mr. Crisostomo already has pled

21  guilty in accordance with a plea agreement entered into under Fed. R. Crim. P. 11(c)(1)(C).  The

22  presentence report has been completed, however there is a discrepancy between the criminal

23  history calculations by the United States Probation officer and those calculated by the parties.

24  Defense counsel needs additional time to review the documents which relate to Mr. Crisostomo's

25

26

STIP. CONTINUING
SENTENCING                    - 1 -

1   criminal history and then prepare and file a sentencing memorandum prior to sentencing.  Should

2   the Court continue the matter to Friday, February 16, 2007, at 2:30 p.m., it should allow enough

3   time for counsel to complete review of all documents and file its sentencing memorandum.

4

5

6   DATED:     January 30, 2007
                                        /S/
                                        _____

7                                       JOYCE LEAVITT
                                        Assistant Federal Public Defender

8

9   DATED:     January 30, 2007
                                        /S/
                                        _____

10                                      W. DOUGLAS SPRAGUE
                                        Assistant United States Attorney

11

12                              SIGNATURE ATTESTATION

13       I hereby attest that I have on file all holograph signatures indicated by a "conformed"

14   signature ("/S/") within this efiled document.

15

16

17                                      **ORDER**

18       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that sentencing date  in this

19   case, previously scheduled for Friday, January 19, 2007, at 2:30 p.m. in Oakland, California,

20   before Honorable Judge Martin Jenkins, may be continued to Friday, March 2, 2007, at 2:30

21   p.m. for sentencing.

22       SO ORDERED.

23

24   DATED:   01/31/07                   _____
                                        ABLE MARTIN J. JENKINS

25                                      ates District Judge

26